FILED
2025 JAN -8 AM 11:57
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.

1  JESUS CHRIST
   DONTA DOASHAWN WOODS-CARTER (Full Name)
2  BPR#1901887 HOMELESS (Address Line 1)
3  N/A (Address Line 2)
4  N/A (Phone Number)
5  Plaintiff in Pro Per

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

BPR#1901887
DONTA D. WOODS-CARTER )  Case No.: FD CV 25 - 00045-DDP(JDE)
                      )  (To be supplied by the Clerk)
        Plaintiff,    )
                      )  **Civil Rights Complaint Pursuant to**
    vs.               )  **42 U.S.C. § 1983 (non-prisoners)**
  RPD                 )
  RSD                 )  Jury Trial Demanded: ☐ Yes  ☐ No
  CIA AIRFORCE        )
  CIA ARMY            )
                      )
        Defendant(s). )

*(All paragraphs and pages must be numbered.)*

## I. JURISDICTION

1. This court has jurisdiction under 28 U.S.C. § 1331 and 28 U.S.C. § 1343. Federal question jurisdiction arises pursuant to 42 U.S.C. § 1983.

## II. VENUE

2. Venue is proper pursuant to 28 U.S.C. § 1391 because _____

## III. PARTIES

3.  Plaintiff **DONTA DUASHAUN WOODS-CARTER** resides at:
    *(your full name)*

    **RIVERSIDE HOMELESS BPR#1901887 NEURO LACE**
    **HOMELESS RIVERSIDE SHERIFF DEPT RPDC**
    *(your address)*

*(You should specifically identify each Defendant you intend to sue in a separate, numbered paragraph.)*

4.  Defendant **RPD, PSD, CIA AIR FORCE 3CIA ARMY** works at
    *(full name of Defendant)*

    **MILITARY**
    *(Defendant's place of work)*

    Defendant's title or position is **MILITARY 3 POLICE FORCE**.
    *(Defendant's title or position at place of work)*

    This Defendant is sued in his/her (check one or both):

    ☐ individual capacity        ☑ official capacity

    This Defendant was acting under color of law because: **TRYING TO KILL ME**

5.  Defendant _____ works at
    *(full name of Defendant)*

    _____
    *(Defendant's place of work)*

    Defendant's title or position is _____.
    *(Defendant's title or position at place of work)*

    This Defendant is sued in his/her (check one or both):

    ☐ individual capacity        ☐ official capacity

    This Defendant was acting under color of law because: _____

____. Defendant _____ works at
*Insert ¶ #*    *(full name of Defendant)*

_____.
*(Defendant's place of work)*

Defendant's title or position is _____.
   *(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity              ☐ official capacity

This Defendant was acting under color of law because _____

_____

_____

_____

____. Defendant _____ works at
*Insert ¶ #*    *(full name of Defendant)*

_____.
*(Defendant's place of work)*

Defendant's title or position is _____.
   *(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity              ☐ official capacity

This Defendant was acting under color of law because _____

_____

_____

Pro Se Clinic Form                    *Page Number*

## IV. STATEMENT OF FACTS

*(Explain what happened in your own words. You do not have to cite legal authority in this section. Be specific about names, dates, and places. Explain what each Defendant did. Remember to number every paragraph.)*

___. I AM THE PRESIDENT OF USA MY BADGE# IS BPR 190 1887 3 THE RSD 3 A SHERIFF 3 SINCE 9/27/20 I BEEN CONSPIRED ON STEMMING TO THE DATE 3/20/06 BY WAY OF AIRFORCE CIA HATE CRIME MK-ULTRA MIND CONTROL SURVIVAL. I'VE BEEN GOING THRU 3 THE AIRFORCE IS THE GOVERNMENT FOR RSD 3 ARE HOMOS TRYING TO KILL ME BYWAY OF MIND CONTROL

___. ILLUMANITI BONE 3 SKULL SATANIC RASSIFFRIAN WHITE POWER EPATAT CONSPIRACYS SINCE I WAS BORN 7/18/85. MY REAL NAME IS DONTE JESUS CHRIST DONTA DUASHAWN WOODS-CARTER # BPR # 1901887 MY DAD IS JOSIAH JEHOVA JESUS CHRIST # AV3962819 13-1482-13123 THATS THAT. IM REQUESTING TO

___. SUE RPD 3 RSD FOR HATE CRIMES 3 THE AIRFORCE CIA 3 ARMY CIA FOR $1,000,000,000,000,000,000,000 FOR I AM TOPSECRET HIGHLY 3 I BEEN EXPOSED TO OTHER CONTRIES DO TO AIRFORCE 3 ARMY CIA EXPOSURE CONSPIRICYS OF HATE CRIMES 3 EVIL MIND GAME PROPAGANDA OBSESSION FETISH OF VOYURISIM GAY LORD SATANIC SLANDER 3 HATER OF GOD CONSPIRACYS DATING BACK

Pro Se Clinic Form                    Page Number

___. TO THE ROMAN EMPIRE DAYS WHEN I WAS ON THE CROSS 3 DIED 3 ROSE ON THE 3RD DAY 3 WAS KNIGHTED AS SIR DUKE OF WALES KING OF KING 3 LORD OF LORDS BY ~~JULISUS~~ JULEIS ANDREW CESER SSN# 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 I AM BEING CONSPIRED ON CUZ OF MY SKIN COLOR FOR I AM NIGERIAN 3 I AM A GOD OF LIGHT 3 THE PEOPLE WHO IS DOING ME WRONG IS B

___. ARE SATANIC FOR THEY WORSHIP A CREATURE THATS THE ENTITY OF HOMOSEXUAL WAYS NAME KEFUR LASUR SIDDUM SATANIC SATAN SEITH CHEDOR LAEMOR ELMAESA BAAL THE ENNITY OF EVIL WAYS AND ARE TRYING TO CREATE A WORLD OF HOMOSEXUAL PARADISE 3 IM NOT GUNNA ALLOW THAT FOR I AM GOD SON 3 SO THEY ARE

___. RETALIATING AGAINST ME CUZ I LOVE FEMALES 3 CARE FOR LIFE 3 HELPING PEOPLE GROW 3 LEARN THIS IS WHY THE LUCIFERIANS DONT WANT 3 SO THEY ARE TEAMING UP WITH PAKASTAN PRESIDENT SAHALL SAHEEM 3 SADAME HUSANE JR TRTING TO KILL ME.

# V. CLAIMS

## Claim #1

DC. Plaintiff realleges and incorporates by reference all of the paragraphs above.
*Insert ¶ #*

___. Plaintiff has a claim under 42 U.S.C. §1983 for violation of the following
*Insert ¶ #* federal constitutional or statutory civil right:

_____

_____

_____

_____

___. The above civil right was violated by the following Defendants:
*Insert ¶ #*

_____

_____

_____

*(You may list facts supporting your claim. Be specific about how each Defendant violated this particular civil right.)*

___.
*Insert ¶ #*

_____

_____

_____

_____

_____

_____

_____

___. As a result of the Defendant's violation of the above civil right, Plaintiff
*Insert ¶ #* was harmed in the following way:

_____

_____

_____

_____

Pro Se Clinic Form                          Page Number

<u>**Claim #(   )**</u>
*(insert Claim#)*

___DC___. Plaintiff realleges and incorporates by reference all of the paragraphs above.
*Insert ¶ #*

*(List any other legal claim you have that is related to your civil rights claim.)*

_____.
*Insert ¶ #*

_____. Plaintiff alleges the above claim against the following Defendant(s):
*Insert ¶ #*

*(You may list facts supporting your claim. Be specific about how each Defendant violated the rights giving rise to this claim.)*

_____.
*Insert ¶ #*

_____. As a result of the Defendant's violation of the rights giving rise to this
*Insert ¶ #* claim, Plaintiff was harmed in the following way:

Pro Se Clinic Form                              Page Number

# VI. REQUEST FOR RELIEF

WHEREFORE, the Plaintiff requests:

Due. $25 TRILLION DOLLARS I AM TOP SECRET HIGHLY

Dated: 1/8/25

Sign: _____

Print Name: DONTA DUASHAWN WOODS-CARTER

Pro Se Clinic Form                              Page Number

## DEMAND FOR JURY TRIAL

Plaintiff hereby requests a jury trial on all issues raised in this complaint.

Dated: 1-8-25
Sign: [signature] BPR#901887
Print Name: DONTA PUASHAWN WOODS-CARTER